IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KEYDERMAN JOSE BLANCO VILLAMIZAR,** *et al.*,<br><br>    *Defendants.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00035-TES-CHW-1**<br>**3:24-cr-00035-TES-CHW-2**<br>**3:24-cr-00035-TES-CHW-5** |

**ORDER CONTINUING TRIAL IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Keyderman Jose Blanco Villamizar's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 51]. On November 21, 2024, the Grand Jury returned a three-count Indictment [Doc. 1] charging Defendants with Conspiracy to Commit Bank Fraud, Bank Fraud, and Bank Larceny, in violation of 18 U.S.C. §§ 1349, 1344, 2, and 2113(b). Federal agents arrested Defendants in New York City on December 10, 2024. Defendants pleaded not guilty at their arraignments on January 23, 2025, and they remain detained pending trial. [Doc. 25]; [Doc. 17]; [Doc. 23]. The Court has continued this case twice, most recently scheduling the Pretrial Conference for April 7, 2025, and the trial of this matter for May 27, 2025. [Doc. 48]. Defendant Villamizar now seeks a third continuance. [Doc. 51].

In support of his Motion, defense counsel states that he needs additional time to review discovery, discuss it with Defendant, and begin defense investigations. [Doc. 51,

p. 2]. The Government does not oppose the requested continuance. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by continuing this case outweigh the interests of Defendant and the public in a speedy trial. *See id.* Because the discovery in this case involves voluminous digital evidence from multiple devices—much of which is in a foreign language—concerning multiple alleged bank fraud schemes spanning several jurisdictions, failure to grant the requested continuance would deny all parties "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 51]. Additionally, since "the time for trial has not yet run" with respect to his co-defendants and "no motion for severance has been granted," *see* 18 U.S.C. § 3161(h)(6), the Court **CONTINUES** the Pretrial Conference until **May 2, 2025**, and the trial of this matter until **June 23, 2025**, *as to all Defendants*. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

**SO ORDERED**, this 2nd day of April, 2025.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**