# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KEYDERMAN JOSE BLANCO VILLAMIZAR,** *et al.*,<br><br>    *Defendants.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00035-TES-CHW-1**<br>**3:24-cr-00035-TES-CHW-2**<br>**3:24-cr-00035-TES-CHW-5** |

## ORDER CONTINUING TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Keyderman Jose Blanco Villamizar's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 55]. On November 21, 2024, the Grand Jury returned a three-count Indictment [Doc. 1] charging Defendant and four co-defendants with Conspiracy to Commit Bank Fraud, Bank Fraud, and Bank Larceny, in violation of 18 U.S.C. §§ 1349, 1344, 2, and 2113(b). Defendant was arrested on December 10, 2024, pleaded not guilty at his arraignment on January 23, 2025, and remains detained pending trial. [Doc. 25]; [Doc. 17]; [Doc. 23]. The Court has continued this case three times, most recently scheduling the Pretrial Conference for May 1, 2025, and the trial for June 23, 2025. [Doc. 52].

Defense counsel seeks a fourth continuance to meet with Defendant and, if this case proceeds to trial, complete his review of the discovery, finish defense investigation, and prepare for trial. [*Id.* at p. 2]. The Government does not oppose the requested

continuance. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by continuing this case outweigh the interests of Defendant and the public in a speedy trial. *See id.* Because the discovery in this case involves voluminous digital evidence from multiple devices—much of which is in a foreign language—concerning multiple alleged bank fraud schemes spanning several jurisdictions, failure to grant the requested continuance would deny all parties "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion [Doc. 55]. Additionally, since "the time for trial has not yet run" with respect to his co-defendants and "no motion for severance has been granted," *see* 18 U.S.C. § 3161(h)(6), the Court **CONTINUES** the Pretrial Conference until **June 4, 2025**, and the trial of this matter until **July 8, 2025**, *as to all Defendants*. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

**SO ORDERED**, this 22nd day of April, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
