IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:24-CR-35 |
| | : | |
| KEYDERMAN VILLAMIZAR, et al., | : | |
| | : | |
| Defendant. | : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 3:24-CR-35, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:24-CR-35, be unsealed.

SO ORDERED, this 27th day of August, 2025.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:
s/ Michael Morrison
MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY